# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

June 29, 2010

BEFORE

DANIEL A. MANION, Circuit Judge
ILANA DIAMOND ROVNER, Circuit Judge
JOHN DANIEL TINDER, Circuit Judge

| | |
|---|---|
| No.: 08-3219 | DEBORAH KENSETH, Plaintiff - Appellant<br><br>v.<br><br>DEAN HEALTH PLAN, INCORPORATED, Defendant - Appellee |

| Originating Case Information: |
|---|
| District Court No: 3:08-cv-00001-bbc<br>Western District of Wisconsin<br>District Judge Barbara B. Crabb |

The slip opinion of this court issued on June 28, 2010, is **AMENDED** as follows:

The last line on page 65 should read "AFFIRMED IN PART, VACATED IN PART, and REMANDED".

form name: **c7_Order_3J** (form ID: **177**)